IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **R.D.O.,** <br><br> Plaintiff, <br><br> v. <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br> Defendant. | CIVIL ACTION NO. 5:22-CV-278 (MTT) |

### ORDER

United States Magistrate Judge Charles H. Weigle recommends granting plaintiff R.D.O.'s motion for an award of attorney's fees (Doc. 16) under the Equal Access to Justice Act, 28 U.S.C. § 2412, and awarding R.D.O. $7,434.74 in attorney's fees.  Doc. 18.  Neither party has objected, and both parties agree on the hours and rates to be awarded.  Docs. 16; 17.  The Court has reviewed the Recommendation and accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 18) is **ADOPTED** and made the order of the Court.  Accordingly, R.D.O.'s motion for an award of attorney's fees (Doc. 16) is **GRANTED**.  It is hereby **ORDERED** that R.D.O. be awarded $7,434.74 in attorney's fees under the EAJA.  This award should be made payable to R.D.O. directly.  *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).  Furthermore, R.D.O.'s first motion for attorney's fees (Doc. 15) is **DENIED** as moot.

-2-

**SO ORDERED**, this 17th day of July, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
