IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROGER D'ANTHONY OWENS, | * |
| Plaintiff, | * |
| v. | Case No.   5:22-cv-00278-MTT-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed July 17, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $7,434.74 .

This 17th day of July, 2023.

David W. Bunt, Clerk

s/  Erin Pettigrew, Deputy Clerk